UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH KATHERINE SPOONER,

                Plaintiff,

-against-

ROSE M. SINGER CENTER;
DEPARTMENT OF CORRECTIONS,

                Defendants.

24-cv-8621 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the March 6, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 2, 2025
          New York, New York

                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge